IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SARBABI MASINDET, M.D., | CIVIL ACTION NO.: 2:23-cv-319-DCN-MHC |
| Plaintiff, | |
| vs. | |
| Bon Secours St. Francis Xavier Hospital, Inc.; Roper Hospital, Inc.; Roper St. Francis Mount Pleasant Hospital; STANLEY W. WILSON, M.D., Vice-President and Chief Medical Officer, individually and in his official capacity with Bon Secours St. Francis Xavier Hospital, Inc., Roper Hospital, Inc. and Roper St. Francis Mount Pleasant Hospital, JEFFREY P. DILISI, M.D., President and Chief Executive Officer, individually, and in his official capacity with Bon Secours St. Francis Xavier Hospital, Inc., Roper Hospital, Inc. and Roper St. Francis Mount Pleasant Hospital, JOHN A. MITCHELL, M.D., Chairman, Peer Review Committee, individually and in his official capacity with Bon Secours St. Francis Xavier Hospital, Inc., Roper Hospital, Inc. and Roper St. Francis Mount Pleasant Hospital, CRAIG A. MACKANESS, M.D., Member, Peer Review Committee, individually and in his official capacity with Bon Secours St. Francis Xavier Hospital, Inc., Roper Hospital, Inc. and Roper St. Francis Mount Pleasant Hospital, and CHRIS MCLAIN, M.D., Senior Vice-President and Chief Physician Officer, individually and in his official capacity with Bon Secours St. Francis Xavier Hospital, Inc., Roper Hospital, Inc. and Roper St. Francis Mount Pleasant Hospital, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WBD (US) 4859-1235-0434v1

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff hereby voluntarily dismisses this action (including all claims), *with prejudice*, as to all Defendants.

Respectfully submitted,

**We Move:**

| **EDWARD M. BROWN LAW FIRM** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| *S/ Ed Brown* | *S/ Greg Horton* |
| Edward M. Brown, Esq. | Greg Horton, Esq. |
| edbrownlawfirm@att.net | Greg.Horton@wbd-us.com |
| P. O. Box 20261 | Matthew E. Tillman, Esq. |
| Charleston, SC 29413 | Matthew.Tillman@wbd-us.com |
| (843) 559-9224 | 5 Exchange Street (29401) |
| | PO Box 999, Charleston, SC  29402 |
| *Attorney for the Plaintiff* | Phone: (843) 720-4625; Fax: 723-7398 |
| | *Attorneys for Defendants, Bon Secour St. Francis Hospital, Roper St. Francis Hospital; Mount Pleasant Hospital; Stanley M. Wilson, M.D., Vice-President of Medical Affairs, individually and in his official capacity with Bon Secour St. Francis Hospital, Roper St. Francis Hospital, and Mount Pleasant Hospital; Scott L. Woodfield, M.D., Chairman of the Cardiology Department, individually and in his official capacity with Bon Secour St. Francis Hospital, Roper St. Francis Hospital, and Mount Pleasant Hospital* |
| September 6, 2024 | |
| Charleston, South Carolina | |